In the Matter of:

*Darren Sims*

*vs.*

*City of Markham, et al.*

---

*Darren Sims*

*December 29, 2016*

---



**DTI Court Reporting Solutions**

105 W. Adams, Suite 1200, Chicago, IL 60603
Phone: 312.386.2000 - Fax: 312.386.2275

Page 6

1  tell me, and I'll restate the question. Your attorney
2  may make objections to certain questions or she may
3  instruct you not to answer. Wait for your attorney to
4  make those objections or speak, and then respond based on
5  your attorney's advice.
6      One important thing is that we can't speak over
7  one another. So just give me an opportunity to complete
8  my question and then answer. The court reporter is going
9  to be taking down your testimony today, so all your
10 answers to questions have to be verbal. She's not going
11 to be able to take down nonverbal utterances like shrugs
12 of the shoulder and, you know, uh-huhs and uhn-uhns and
13 statements like that. Get that?
14     A  Yes, sir.
15     Q  Fair enough. Okay. Let's get started.
16        You were born --
17     A  1992.
18     Q  And that's February 3rd, 1992, right?
19     A  No.
20     Q  No. July 3rd?
21     A  July 3rd.
22     Q  July 3rd, 1992. How old does that make you
23 today?
24     A  24.

Page 7

1     Q  You're 24 years old. Okay. Where were you
2  born?
3     A  Chicago, Illinois.
4     Q  Okay. What is your highest level of education?
5     A  Sophomore.
6     Q  Sophomore in high school?
7     A  Yes.
8     Q  What high school did you attend?
9     A  Paul Robeson.
10    Q  When did you last attend Paul Robeson High
11 School?
12    A  I think '09. 2009.
13    Q  Did you complete a GED at all?
14    A  No, I ain't complete a GED, but I was going --
15 going for GED still in here. I didn't complete it yet.
16    Q  Okay. So you're currently working on your GED
17 while you're incarcerated, right?
18    A  Yes, sir.
19    Q  Who is providing you that education?
20    A  The -- the county.
21    Q  Okay. And when do you expect to graduate?
22    A  Soon. My -- I think I got like 2 more months.
23    Q  Okay.
24    A  I have test scores.

Page 8

1     Q  Okay. All right. How long have you been
2  incarcerated here at the Cook County Department of
3  Corrections?
4     A  Two years and a half.
5     Q  You're waiting for trial, right?
6     A  Yes.
7     Q  Do you have any children?
8     A  Yes.
9     Q  How many children do you have?
10    A  One.
11    Q  Male or female?
12    A  Female.
13    Q  How old is she?
14    A  Five.
15    Q  That's your only child?
16    A  Yes, sir.
17    Q  Okay. I'm going to direct your attention back
18 to April 24th of 2014. Do you remember that day?
19    A  Yes.
20    Q  What time did you get up that morning?
21    A  That morning I got up around like 12:00, 12:30.
22    Q  A.M.?
23    A  A.M.
24    Q  Did you have a job at that time?

Page 9

1     A  No, sir.
2     Q  Why did you get up at 12:30 a.m.?
3     A  For to go out, go -- go outside, do something,
4  find a job or something.
5     Q  Back on April 24th of 2014, were you living at
6  4048 South Lake Park Avenue in Chicago?
7     A  Yes.
8     Q  After you woke up at 12:30 a.m., what did you
9  do next?
10    A  Like, I really don't know. Like, I just went
11 out. I just went outside, taking like -- look everything
12 I did, just no certain -- I went outside, went over to
13 family member house.
14    Q  Okay. Back on April 24th of 2014, did you
15 known a person by the name of Devon Welsh?
16    A  Yes.
17    Q  What was your relationship with him?
18    A  He's a buddy from around the area, from around
19 my house from where I live.
20    Q  Prior to April 24th of 2014, how long had you
21 known Mr. Welsh?
22    A  I knew Mr. Welsh like couple years.
23    Q  Did you go to high school with him?
24    A  Grammar school.

Page 10

1  Q  Okay. What grammar school did you attend?
2  A  O.W. Holmes School.
3  Q  Holmes School?
4  A  Yes.
5  Q  Is that H-O-L-M-E-S?
6  A  Yes.
7  Q  Okay. Did you also know an individual back on
8  April 24th, 2014 by the name of James Beecham?
9  A  Yes.
10 Q  What was your relationship with James Beecham?
11 A  Same, a friend from around the area grew up
12 with.
13 Q  Okay. Where did you first meet James Beecham?
14 A  At school.
15 Q  What school?
16 A  O.W. Holmes School.
17 Q  All right. Did you have occasion to get
18 together with Devon Welsh and James Meacham on the
19 morning of April 24th, 2014?
20 A  Repeat that again.
21 Q  Did you and -- Did you, Devon Welsh, and James
22 Beecham meet up anywhere on April 24th, 2014?
23 A  They came and got me that day, later on that
24 night.

Page 11

1  Q  They came -- they came and got you?
2  A  Yes.
3  Q  Where did they pick you up at?
4  A  At -- over at a friend's house, a girlfriend.
5  Q  Over at your girlfriend's house?
6  A  Yes.
7  Q  What was your girlfriend's name?
8  A  Monica Holmes.
9  Q  What time did they pick you up at Monica
10 Holmes' house?
11 A  It was around like -- like -- like 2:30,
12 3:00 o'clock.
13 Q  What type of vehicle did they pick you up in?
14 A  In a Infiniti truck.
15 Q  An Infiniti truck?
16 A  An Infiniti truck.
17 Q  It was a white truck, right?
18 A  Gray.
19 Q  It was a gray truck?
20 A  Yes.
21 Q  Do you know who the owner of that Infiniti
22 truck was?
23 A  No, sir.
24 Q  Okay. Did you know that that Infiniti truck

Page 12

1  was a rental car?
2  A  No, sir.
3  Q  Who was driving that Infiniti truck when you
4  were picked up on April 24th, 2014?
5  A  To tell you -- I forgot. I forgot who was
6  driving. I don't know which one was driving.
7  Q  Okay. Other than Devon Welsh and James
8  Beecham, was anybody else in that vehicle?
9  A  No, sir.
10 Q  It was just you, Devon and James Beecham?
11 A  Yes, sir.
12 Q  Okay. When you got picked up in that Infiniti
13 truck, where did you all go?
14 A  We was -- we was just riding around for a
15 minute, just riding around, then we ended up -- we end up
16 driving past about a little -- rental center place in
17 Markham, stopped right there.
18 Q  Okay. Why did you go to the Rent-A-Center
19 store in Markham?
20    MS. RAVEENDRAN: I am going to advise my client not
21 to answer this question.
22    MR. SMITH: Basis?
23    MS. RAVEENDRAN: Based on his Fifth Amendment
24 privilege in a pending criminal matter.

Page 13

1     MR. SMITH: Q  Where was the Rent-A-Center store
2  located at?
3  A  I don't --
4  Q  It was in Markham, right?
5  A  Yes, somewhere in Markham.
6  Q  It was about 159th and Kedzie?
7  A  I guess yes, that's where it's at.
8  Q  Why were you, Devon Welsh and James Beecham at
9  the Rent-A-Center on April 24th, 2014?
10    MS. RAVEENDRAN: I'm going to advise my client not
11 to answer that question based on Fifth Amendment
12 privilege.
13    MR. SMITH: Q  Now, you were shot on April 24th,
14 2014, right?
15 A  Yes, sir.
16 Q  Who shot you?
17 A  Police officer.
18 Q  What was the name of that police officer?
19 A  I don't know, sir.
20 Q  How do you know a police officer shot you?
21 A  Because that was the only person -- that was
22 the only person who was behind me saying stop, freeze.
23 Q  So you assume that a police officer shot you,
24 right?

Page 14

1    A   I knew it was a police officer shot me because
2    when I looked back I still saw he had his hands up.
3    Q   So let me ask you this. You are currently
4    awaiting trial for aggravated vehicular hijacking,
5    correct?
6    A   Yes, sir.
7    Q   That's why you are incarcerated, right?
8    A   Yes, sir.
9    Q   So did you try to carjack somebody on
10   April 24th, 2014?
11   A   No, sir.
12   Q   You did not?
13   A   No, sir.
14   Q   Do you know how these charges got levied
15   against you?
16   A   They put it on me.
17   Q   Okay. Were you running from the police on
18   April 24th, 2014?
19   A   No, sir.
20   Q   You were not running from the police?
21   A   No.
22   Q   Why did -- You just testified previously that
23   the police told you to stop. Why did the police tell you
24   to stop if you weren't running from the police?

Page 15

1    A   He just came out of the blue, told me stop. I
2    didn't even know he was behind me until I looked back.
3    Q   What time of morning did the police tell you to
4    stop?
5    A   I don't know what time it was. Like around --
6    I guess like 3:00, 4:00 o'clock.
7    Q   About 3:00 or 4:00 o'clock in the morning?
8    A   Yes, sir.
9    Q   It was still dark outside, right?
10   A   It was going on daylight.
11   Q   It was going on daylight?
12   A   Yes, it was getting -- it was running on time.
13   It was like around 3:00, 4:00 o'clock.
14   Q   So at 3:00 or 4:00 o'clock in the morning on
15   April 24th of 2014, the rent a store -- Rent-A-Center
16   store was closed, wasn't it?
17   A   I tell you I don't know if it was closed or
18   not.
19   Q   Okay. So at 3:00 or 4:00 in the morning, you
20   don't know whether the Rent-A-Center store that you,
21   Devon and James Beecham went to -- you, Devon Welsh and
22   James Beecham went to, you don't know whether it was open
23   or not?
24   MS. RAVEENDRAN: Objection, calls for speculation

Page 16

1    and calls for --
2    MR. SMITH: Q   You can answer the question.
3    A   Just told you, I don't know if it was open or
4    not.
5    Q   Okay. I'll take that answer. So I'm going to
6    ask you a different question. If you don't know if the
7    store -- Rent-A-Center store was open or not, why were
8    you there?
9    MS. RAVEENDRAN: Objection, assumes facts not in
10   evidence.
11   MR. SMITH: Q   Why were you there? You can answer
12   the question.
13   A   I don't know.
14   Q   You don't know why you were there?
15   A   No.
16   Q   Were you there to shop?
17   MS. RAVEENDRAN: Objection, this is already covered
18   by a previous privilege exception.
19   MR. SMITH: Q   Were you at the Rent-A-Center store
20   to shop, to buy something.
21   MS. RAVEENDRAN: I'm going to advise my client not
22   to answer that question based on his Fifth Amendment
23   privilege.
24   MR. SMITH: That's fine.

Page 17

1    Q   Now, you claim in your lawsuit -- You filed a
2    lawsuit, and you sued the City of Markham, and you sued
3    Officer Carson and you sued Officer Davis. So you sued
4    two police officers and the city. Which officer shot
5    you, Officer Carson or Officer Davis?
6    A   Sir, I don't know which one it was. I just
7    know it was an officer.
8    Q   So you don't know whether Officer Carson or
9    Officer Davis shot you?
10   A   No, sir.
11   Q   So since you don't know which officer shot you,
12   why did you file a lawsuit?
13   A   Because I know an officer shot me.
14   Q   What did Officer Carson look like back on
15   April 24th of 2014?
16   A   Sir, I don't remember.
17   Q   You don't remember?
18   A   No, sir.
19   Q   Was he black, white, Latino, Arab?
20   A   I don't remember, sir.
21   Q   You don't remember or you don't know?
22   A   I don't -- I don't remember. I don't know. I
23   don't -- I don't -- I don't know. I don't remember.
24   Q   Approximately how tall was Officer Carson?

Page 18

1  A  Sir, I don't know. I was -- My back was turned
2  towards him so I don't know. I just saw him when I
3  looked back. I just saw this officer with his hands up.
4  Q  So since your back was turned while a shot was
5  fired, you couldn't see who shot you, is that correct?
6  MS. RAVEENDRAN: Objection, asked and answered.
7  MR. SMITH: Q  You can answer the question.
8  A  Repeat that again.
9  Q  You just told me that your back was turned.
10 A  Yes, sir.
11 Q  Were you looking at a police officer when a
12 police officer shot you on April 24th of 2014?
13 A  No, sir, my back was turned.
14 Q  Okay.
15 A  When he shot and I fell, I was shot, I looked
16 back.
17 Q  So what were you looking at at the moment that
18 a shot was fired?
19 A  I was running. I wasn't looking nowhere. I
20 was just running.
21 Q  Why were you running?
22 A  Because I was just in a car crash. That's why
23 I was running. I got out the car and just start running.
24 Q  You were in a car crash?

Page 19

1  A  Yes, sir.
2  Q  When did the car crash happen?
3  A  Somewhere in Markham. I don't know exactly
4  where I was.
5  Q  Okay. Did you crash with another car?
6  A  I don't know what we hit to be technical.
7  Q  Did you crash with the Rent-A-Center store?
8  Did the car run into the Rent-A-Center store?
9  A  No, sir, we were nowhere by the Rent-A-Center
10 store.
11 Q  So when did the car crash occur?
12 A  Somewhere in Markham. I don't know exactly --
13 somewhere in Markham, like on 159th, somewhere around
14 there. That's where I was. We got out, start running.
15 I was just running, just -- just fear for my life, just
16 running.
17 Q  So you feared for your life as a result of a
18 car crash. Why --
19 MS. RAVEENDRAN: You have to give a verbal answer.
20 You nodded. Can you say yes for the record?
21 THE WITNESS: Yes. I said yes.
22 MS. RAVEENDRAN: You nodded. Just has to be verbal.
23 That's all.
24 MR. SMITH: Q  Why did a car crash cause you to fear

Page 20

1  for your life?
2  A  Because at the time I was just -- I was just
3  nervous, just at the time I was just nervous. I just got
4  out, took off running.
5  Q  Why were you nervous?
6  A  I don't know why.
7  Q  Did you have --
8  A  Might have been drugs.
9  Q  Pardon?
10 A  Might have result of drugs, high.
11 Q  You were high?
12 A  Might have been high.
13 Q  Okay. Let's talk a little bit about that.
14 Now, did you get high that morning before you went out to
15 Markham?
16 A  I got high every day.
17 Q  What do you get high on?
18 A  Marijuana.
19 Q  Do you get high on heroin, too?
20 A  No.
21 Q  Do you get high on cocaine?
22 A  No, sir.
23 Q  Okay. So every day before April 24th of 2014,
24 you'd get high, right?

Page 21

1  A  Yes, sir.
2  Q  How many hours are you spending getting high?
3  A  I don't know, sir. Just be getting high every
4  day. I mean, I wasn't planning on getting high, just be
5  high.
6  Q  So just backtrack. So before April 24th, 2014,
7  in the months and weeks leading up to that day, you
8  didn't work, right?
9  A  No, sir.
10 Q  And you would get high every day, right?
11 A  Yes, sir.
12 Q  Did you have a daughter then?
13 A  Yes, sir.
14 Q  How did you provide for your daughter?
15 A  What do you mean? I was going to school at the
16 time. I was going to Kennedy King. I was getting little
17 checks.
18 Q  From where?
19 A  From Kennedy King.
20 Q  You were going to school?
21 A  Yes, sir.
22 Q  You used those checks to provide for your
23 daughter?
24 A  Yes, sir.

Page 22

1   A   And I was getting disability check, too, sir.
2   Q   Disability check?
3   A   Yes.
4   Q   What disability do you have?
5   A   Disability for learning.
6   Q   So you got a learning disability?
7   A   Yes, sir.
8   Q   Okay. You get a check from the Social Security
9   Administration for that, right?
10  A   Yes, sir.
11  Q   Do you think you still going to get that check
12  now that Donald trump is the new President Elect?
13  A   Yes, sir.
14      MS. RAVEENDRAN: Objection, relevance.
15      MR. SMITH: Q  I have to ask that question.
16      So, look -- Now, tell me a little bit -- I am
17  going to get back to the facts of the case, but you
18  brought it up. I got to get into this learning
19  disability. What type of learning disability do you
20  have?
21  A   Learning, reading, my -- my speech.
22  Q   Do you know the medical term that you have been
23  diagnosed with regarding this disability? Do you know
24  what it is? I'm not trying to be offensive. I'm just

Page 23

1   trying to get some background.
2   A   You say what, sir?
3   Q   Do you know the medical term of your medical
4   diagnosis that prompted your disability?
5   A   No.
6   Q   You don't?
7   A   No.
8   Q   Do you still get your disability check now?
9   A   No, sir. They stopped it.
10  Q   They stopped it. When did it stop?
11  A   That's like some years ago, like 2 years ago.
12  Q   When you were getting that disability check,
13  how much was it?
14  A   Like 700.
15  Q   $700 a month?
16  A   Yes, sir.
17  Q   Wow. That's a lot of money.
18      How long were you getting that check?
19  A   I don't really -- To be technical, I don't
20  really know how long I was getting it, but I know I was
21  getting it for a nice little minute. I don't know
22  exactly how long I was getting those, sir.
23  Q   When you say a nice little minute, give me some
24  -- give me a timeframe on that, because to me a minute is

Page 24

1   60 minutes. I figure you were getting it more than 60
2   minutes.
3   A   A couple years.
4   Q   A couple years?
5   A   A couple years.
6   Q   Let's get back on track. Officer Carson, you
7   don't know what his racial classification was, right?
8   A   No, sir.
9   Q   You don't know how tall he was?
10  A   No, sir.
11  Q   Do you know what his approximate weight was?
12  A   No, sir.
13  Q   Okay. And you did not see him shoot you?
14  A   No, sir.
15  Q   Because you were facing the opposite direction?
16  A   Yes, sir.
17  Q   All right. Let's talk about Officer Davis who
18  you've also sued. Did you see officer Davis shoot you?
19  A   No, sir.
20  Q   What's Officer Davis' race? Black, white,
21  Latino, Hispanic, whatever?
22  A   I don't know, sir.
23  Q   What's Officer Davis height approximately?
24  A   Sir, I don't know.

Page 25

1   Q   You didn't see him shoot you, right?
2   A   No, I didn't -- I don't know which one. I just
3   know it was an officer, sir.
4   Q   But I'm talking specifically about the people
5   you sued, talking about officer Davis.
6   A   I know who you're talking about, sir.
7   Q   Officer Davis, what was his approximate weight
8   on April 24th, 2014 at the time you were shot?
9   A   Sir, I told you I don't know, sir.
10  Q   Because you didn't see him, correct?
11  A   I didn't see him -- I didn't see him until like
12  I said when I looked back, I saw officer with his hands
13  up, and I was already laying down on the ground, I'm
14  already getting down.
15  Q   So you know you're under oath, right, to tell
16  the truth?
17  A   Yeah.
18  Q   Right?
19  A   Yes.
20  Q   There's A court reporter here, you were sworn
21  in?
22  A   Yeah, yes, sir.
23  Q   You assumed that an officer shot you on
24  April 24th, 2014, right?

Page 26

1  A  I wasn't assuming. I know an officer shot me.
2  I just didn't -- if a person behind you, sir, still got
3  their hands up, sir, and I'm already getting on the
4  ground now, how I assume? And I got on the ground and I
5  look back and I see him, the other officer came and told
6  him like.
7     Q  All right. I know. Now, you've been charged
8  with aggravated hijacking.
9     A  Yes, sir.
10    Q  So did any of the individuals on the street,
11 maybe the person that you tried to carjack --
12    A  I ain't never tried to carjack nobody, sir.
13    Q  Okay. I'll take that. Did any civilians shoot
14 at you?
15    A  No, sir.
16    Q  Do you know if any civilians on the street had
17 a gun in their car that day?
18    MS. RAVEENDRAN: Objection, calls for speculation.
19    MR. SMITH: Q  You can answer the question.
20    A  No, sir.
21    Q  You don't know either way, do you?
22    A  How -- I know it. If I just say, sir, I see
23 the officer had the gun up and I was getting down, sir, I
24 looked back, sir, and I seen him --

Page 27

1     Q  Let's talk about this.
2     A  Why do you know?
3     Q  What caliber bullet went into your body on
4  April 24th, 2014?
5     A  I don't know what exactly, sir. The doctors
6  told me something about -- I think the doctor said a 40
7  -- a 40 or 9 millimeter, one of them. I don't -- I can't
8  really remember what bullet he said.
9     Q  So, as you sit here today at this deposition,
10 you don't know what caliber bullet you were shot at --
11 shot with, right?
12    MS. RAVEENDRAN: Objection, asked and answered.
13    MR. SMITH: Q  Do you know? Just asking a question.
14    A  Sir, I just told you. A 40 caliber, 9
15 millimeter, I don't know exactly which one it was, sir.
16    Q  Fair enough. That's all I want to know.
17       Now, I'm going to ask you some questions about
18 gang affiliations. Have you ever been a member of a
19 gang?
20    A  No, sir.
21    Q  You got a tattoo on your right forearm?
22    A  Ain't no gang, sir.
23    Q  That wasn't the question. You have a tattoo to
24 your right forearm?

Page 28

1     A  Yes, sir.
2     Q  What does that tattoo say?
3     A  Young nigger.
4     Q  Huh?
5     A  Young nigger.
6     Q  It says young nigger?
7     A  Yeah.
8     Q  When did you get that tattoo?
9     A  I got this when I was like -- I don't know. I
10 was like 14, around that time. Not for sure. Around
11 that time.
12    Q  Were you aware that in some circles the word
13 nigger is a derogatory term?
14    A  I was, but not to me, sir.
15    Q  Not to you?
16    A  Not to me.
17    Q  You refer to yourself that way?
18    A  I was referred -- I was young at the time,
19 that's how I was young nigger.
20    Q  Do you have any other tattoos on your body?
21    A  Yes, my daddy name.
22    Q  What was his name?
23    A  Shlick. RIP Shlick. That was his nickname.
24    Q  Is he still living?

Page 29

1     A  No. It says RIP.
2     Q  RIP?
3     A  Yeah, RIP.
4     Q  Rest in peace?
5     A  Yes.
6     Q  Okay. All right. When did your dad pass?
7     A  I think 2008.
8     Q  How did he die?
9     A  He got shot.
10    Q  Where was he shot at?
11    A  I don't know, sir. I don't know where he was
12 shot at. I don't know where he was shot at, sir.
13    Q  How old was your dad when he passed?
14    A  How old my dad was? My dad was like -- like
15 36 -- 36, 37, around that time. 36, 37.
16    Q  I'm sorry about that, man.
17    A  That's all right.
18    Q  That's too bad.
19       All right. I want to talk about your medical
20 treatment. After you were shot, where did you seek
21 medical treatment?
22    A  After I was shot where I what?
23    Q  After you were shot, where did you seek medical
24 treatment?

Darren Sims                                    12/29/2016

Page 30

1   A   In Cook County, sir.
2   Q   So just walk me through this because I want to
3   get a timeline here. After you were shot, was an
4   ambulance called for you?
5   A   When I was shot out -- when I was out there?
6   Q   Right. Out in Markham, the ambulance was
7   called for you?
8   A   Yes.
9   Q   Where did the ambulance take you?
10  A   Some hospital, sir. I don't know where I was.
11  I woke up, I was in the hospital, sir. I was -- I woke
12  up, I was in the hospital.
13  Q   Okay. Do you remember what hospital you were
14  taken to?
15  A   No, sir. I don't know the name of it, no.
16  Q   All right. What type of treatment was rendered
17  to you at the hospital?
18  A   No treatment. They ain't -- I ain't seen them
19  do nothing to me. I woke up, I had a cast on me, and
20  they just gave some pills for me and sent me out.
21  Q   Sent you out. They released you?
22  A   Yeah.
23  Q   They released you to the police?
24  A   Yeah, to the police.

Page 31

1   Q   Okay. Is there a bullet still lodged in your
2   body?
3   A   No, they took it out.
4   Q   They took it out. Where did the bullet enter
5   your body?
6   A   Back here.
7   Q   Okay. All right.
8   MS. RAVEENDRAN: Can we have him describe the part
9   of his body for the record?
10  MR. SMITH: You can interject on that.
11  MS. RAVEENDRAN: Can you tell us, Darren, where on
12  your -- where did the bullet enter? Can you describe it
13  in words?
14  THE WITNESS: The bullet enter on the back of my
15  forearm. Back of my forearm bullet entered, and officer
16  -- the doctor had to take it out. They took it out from
17  right here. Bullet entered back of my forearm right
18  here.
19  MS. RAVEENDRAN: Right by your elbow?
20  THE WITNESS: Right by my elbow, between right
21  there.
22  MR. SMITH: All right.
23  MS. RAVEENDRAN: Thanks.
24  Q   All right. Now, so there was no surgery

Page 32

1   performed on you, right?
2   A   Yeah. I had a surgery -- not at that doctor.
3   I had surgery -- they had to bring me to county for
4   surgery. They wrapped me up, sent me to the county still
5   in pain. I'm like what's going on, I'm still in pain.
6   Officer said -- I guess wasn't nothing wrong with me,
7   they brought me over there. Doctor saw me come through
8   and he knew -- he told me, man, what's wrong. I'm like,
9   I got shot. I could tell you were in pain when you got
10  there. He was right -- went for X-rays, your bones --
11  your bone broke, shattered to pieces. I'm going to put
12  you through surgery and all and went through that
13  process.
14  Q   Okay.
15  A   And since.
16  Q   Did you go through a course of physical therapy
17  after the surgery?
18  A   No. I didn't go through a -- I didn't go
19  through -- they end up moving me to another place, to
20  Stateville. I end up going to Stateville. I thought I
21  was going therapy but ain't never do therapy. They ain't
22  never come get me. State -- they ain't never come back
23  me. I came back to the county just like recently, like,
24  2, 3 months ago they called me for therapy. I'm like I

Page 33

1   go to therapy. Lady told me, you been to therapy
2   already? I said, no. She said how did you get your arm
3   like that? I said, I worked on it by myself. She said,
4   all right, you did it good. Well, you're fine. We going
5   to send you through couple more times, and you'll be all
6   right.
7   Q   All right. Your left elbow and forearm, do you
8   have any disabilities with that part of your body as you
9   sit here today? When I say disablities, are you able to
10  use that part of your body, your left elbow and your
11  forearm, the same way you would have been able to use it
12  before you were shot?
13  A   No, sir.
14  Q   Tell me what's different now.
15  A   What's different now is my arm can't turn all
16  the way. I can't twist my arm like straight no more like
17  like I used do. I can't work out with it more no like I
18  used to. I can't play sports like I used to with it.
19  There's a lots of different things I can't do with this
20  arm.
21  Q   Okay. That's fair. Now, just I want to go
22  back to some of your activities of daily living before
23  the shooting. Were you an athlete at Robeson High
24  School?

Darren Sims                                    12/29/2016

Page 34

1  A  Yes, I was playing football. I was playing
2  football.
3  Q  On the football team?
4  A  Yes, sir.
5  Q  What were your grades like while you were at
6  Robeson High School?
7  A  It was so-so.
8  Q  Were you always eligible to play football?
9  A  Yes, I was always eligible to football.
10 Q  So you would get passing grades and you could
11 actually play on the team?
12 A  I was getting nice decent grades. I was in
13 disability class so I was getting decent grades. I was
14 getting lot of help, so I was --
15 Q  What position did you play on the football
16 team?
17 A  I was running back.
18 Q  Running back. All right. Did you start or
19 were you a reserve?
20 A  I was a reserve.
21 Q  Okay.
22 A  At that time.
23 Q  Are you familiar with Harper High School?
24 A  I'm familiar, but I ain't too much familiar

Page 35

1  with it. I'm familiar.
2  Q  You know Harper High School is not too far from
3  Robeson High School?
4  A  Yeah, I know.
5  Q  That's where I went to high school at.
6  A  Yeah.
7  Q  Yeah. 65th and Wood?
8  A  Did you play sports?
9  Q  Football, baseball, yeah. Robeson school is on
10 what, 69th and Normal, right?
11 A  Yes, yes.
12 Q  Now, I'm going to ask you some questions about
13 Robeson High School because I know the area. Now at the
14 time you went to Robeson High School, wasn't that school
15 mostly controlled by Gangster Disciples or Black
16 Disciples?
17 A  Like I say, Black Disciples.
18 Q  Mostly Black Disciples, right?
19 A  That's right.
20 Q  So at Robeson High School, during that time
21 that you attended there, the predominant gang was
22 Disciples who ran under the six-point star?
23 A  Yeah.
24 Q  You never joined that gang, right?

Page 36

1  A  No, sir, always been me.
2  Q  Always just been you. All right. So you never
3  joined the -- like the rival gang, the rise on the
4  five-point star, like the Vice Lords or anything like
5  that?
6  A  No, sir.
7  Q  But if there were Vice Lords who were attending
8  Robeson High School back when you went there, they were
9  known to be Vice Lords, they have some serious problems,
10 right?
11 A  I don't know.
12 Q  You don't know?
13 A  I don't know. I don't know, sir.
14 Q  Okay. All right. All right. Now -- I'm going
15 to ask you some kind of philosophical questions about
16 life. What are your plans when you get out of here, when
17 you get out of jail?
18 A  My plans is when I get out of jail just go be
19 in my daughter life, try to be a father figure to her,
20 and try to do something, like get a job, something like
21 that, get back to school, do something different.
22 Q  Because you realize your life doesn't have to
23 be limited to being in a correctional facility?
24 A  Yes, sir.

Page 37

1  Q  You got -- you can do a lot more than this,
2  right?
3  A  Yes, sir.
4  Q  We'll wrap it up pretty shortly.
5     I don't have anymore questions, Counsel.
6           EXAMINATION
7     By Ms. Raveendran:
8  Q  I have just have a couple.
9     At any time on April 24th, 2014, did you have a
10 firearm on your person?
11 A  No, sir -- I mean, no, ma'am. Sorry.
12 Q  No problem.
13    At any time on April 24th, 2014, did you see
14 Devon with a firearm?
15 A  No, ma'am.
16 Q  At any time on April 24th, 2014, did you see
17 James Beecham with a firearm?
18 A  No, ma'am.
19 Q  Did you ever observe a firearm on April 24th,
20 2014 in the gray Infiniti vehicle?
21 A  No, ma'am.
22 Q  On April 24th, 2014, did you make physical
23 contact with any person other than yourself after you
24 were picked up by Devon and James?

10 (Pages 34 to 37)

Page 38

1   A   I don't know. How you explain like any -- What
2   do you mean contact?
3   Q   Any physical contact.
4   A   No, ma'am.
5   Q   When the gray Infiniti crashed and you left the
6   vehicle, did you have anything in your hands?
7   A   No, ma'am.
8   Q   At any time on April 24th, 2014, did you
9   threaten any individual by telling them you had a gun?
10  A   No, ma'am.
11  Q   On April 24th, 2014, did you sustain any
12  injuries other than the gunshot wound to your arm?
13  A   Yes.
14  Q   What other injuries did you sustain?
15  A   My face when I fell down. My face had little
16  bust right here.
17  Q   What do you mean by when you fell down? When
18  did you fall down?
19  A   When I got down, when I got on the floor.
20  Q   Is that when you got down after you were shot?
21  A   When I was shot, yes.
22  Q   Did you fall or did you willingly go down to
23  the ground?
24  A   I fell.

Page 39

1   Q   Do you know if you had any treatment to your
2   forehead?
3   A   I'd just -- I think they had put some staples
4   -- I mean tape. Stitches or something.
5   Q   And do you have any lasting marks from that
6   injury?
7   A   Yeah, right here.
8   Q   Is that the scar that's on your eyebrow?
9   A   Yes, right here. Right here.
10  Q   Okay. Did any doctor ever explain to you what
11  the injury was in your elbow and forearm?
12  A   Yeah, he -- the doctor here, he said it was --
13  you got shot, you got a bullet in your arm. He said
14  where you got shot you got bullet in your arm. You got
15  to do surgery, take the bullet out and all that because
16  other than that ain't no other doctor when I was at
17  Markham they didn't explain nothing to me. I knew I got
18  shot, but I just didn't know like what they did. They
19  just -- when I woke up, they got me out of there.
20  Q   You said you underwent surgery, right?
21  A   Yes, I underwent surgery at Cook County.
22  Q   Do you know did any doctor ever explain to you
23  or do you happen to know what the procedure involved,
24  what they did during the surgery?

Page 40

1   A   They said they put rods -- they said we had to
2   put rods in your arm because my bone torn to lot of
3   pieces so they said without the rods and without wires my
4   arm couldn't -- it wouldn't be back to the same, it
5   wouldn't be together. So they had to put wires and rods,
6   stuff in my arm to hold my arm right now to this day.
7   Q   Do you know how long the bullet from
8   April 24th, 2014 was still in your arm?
9   A   It was in there like -- I say like -- like,
10  okay, like -- say, like, three months because -- I
11  underwent surgery like three months later.
12  Q   After your surgery was complete, did you have
13  any treatment other than the physical therapy that you've
14  described to us?
15  A   Only treatment I had they was giving me
16  medicine.
17  Q   Do you know what kind of medicine?
18  A   Tylenol 3s.
19  Q   Did you ever have to ask for hydrocortisone
20  cream?
21  A   Yes.
22  Q   Why did you ask for hydrocortisone cream?
23  A   Just to -- for the -- get my skin right for my
24  arm because, you know, hydrocortisone it -- they say

Page 41

1   something -- it something to get your skin -- get your
2   skin color back the same.
3   Q   So what's wrong with your skin on your arm?
4   A   It -- it was -- see how it is now. I was
5   trying to get it better. It was like -- like all rusty
6   skin. I get the hydrocortisone, and it got it a little
7   better.
8   Q   Did any of the doctors you saw tell you about
9   any problems you might have with your arm in the future?
10  A   Yes, they said -- They told me your arm will
11  never be the same. They said, it won't never be the
12  same. They say my arm is really damaged. They said it
13  will never be the same. Things you do, I don't think you
14  could do it, you might can't do how you used to do it,
15  you know, and they was right. Right now to this day my
16  arm messing with me.
17  Q   Do you know if the officers who arrested you on
18  April 24th, 2014 were men or women?
19  A   Who arrested me? I don't know. When -- I
20  think it was a man -- it was a man because I told him --
21  because he didn't know, he didn't know, he was like -- he
22  was wrestling me when I was laying down on the floor.
23  When he was wrestling me, he was grabbing my arm trying
24  to pin my arm behind my back. I'm like, sir, I'm shot.

Page 42

1   He, you shot? I'm yes. He, who shot you? Police
2   officers. Then he let go of my arms, and that's when he
3   called the paramedics.
4       Q   Do you know how far away the officers were from
5   you when you were shot?
6       A   To be technical, I don't even know. I don't
7   know how far they was.
8       Q   Can you tell me how long between the time that
9   you heard the word stop or freeze to the time that you
10  felt the bullet pierce your arm? Do you know how long
11  that period of time was?
12      A   It was like -- when he told me stop and freeze,
13  by the time I did anything, he reacted, and he shot. So
14  it was like -- I couldn't did nothing because he already
15  had his gun shooting, I heard gun shots.
16      Q   When you were being handcuffed, did you
17  experience any pain?
18      A   Yes.
19      Q   Do you know -- did you hear a bullet being
20  discharged from a gun on April 24th, 2014?
21      A   Only gun shot I heard, the gun shot me.
22      Q   Did you hear -- how many gun shots did you
23  hear?
24      A   To be technical I heard like -- I heard like --

Page 43

1   like four. Four, five.
2           MS. RAVEENDRAN: That's all I've got.
3               FURTHER EXAMINATION
4           By Mr. Smith:
5       Q   Just a couple follow ups based on that.
6           Mr. Sims, you testified the police told you to
7   stop and freeze, right? Did you stop and freeze when
8   they told you to stop?
9       A   Like I said before, he said stop and freeze I
10  couldn't even act, he was already shooting.
11      Q   But I need you to answer the question. I'm
12  trying to find out whether you complied with the police
13  order.
14      A   Yes, I complied with the police. When he said
15  stop and freeze, before I react, he already shot me, and
16  I already stopped and freeze and got down.
17      Q   Okay. All right. Now, when you were down, you
18  said -- you used the word floor. You actually weren't on
19  the floor, you were on the ground.
20      A   Ground, ground.
21      Q   All right. When you were shot, the location
22  that you were shot, did you fall down immediately, or did
23  you continue to move?
24      A   I had fell down immediately.

Page 44

1       Q   Where were you at when you fell down? Tell me
2   where you were at. Were you in a parking lot, or were
3   you on a street?
4       A   I was in the parking lot.
5       Q   Of a currency exchange, right?
6       A   I don't know if currency exchange right there,
7   but I knew I was in parking lot.
8       Q   You were in a parking lot, right?
9       A   Yes.
10      Q   But you were in the parking lot of the
11  Rent-A-Center parking lot?
12      A   No, sir.
13      Q   You were at a different parking lot?
14      A   Yes, sir.
15      Q   On the other side of the street, right?
16      A   Yes, sir.
17      Q   Okay. Now, when you first exited the gray
18  Infiniti, where were you at when you first exited the
19  gray Infiniti?
20      A   I don't recall exactly where I was.
21      Q   So, using deductive reasoning, the gray
22  Infiniti was in a car accident, right?
23      A   Yes, sir.
24      Q   So that gray Infiniti either was in a car

Page 45

1   accident either on 159th Street or on Kedzie, right?
2       A   I think on 159th Street.
3       Q   On 159th Street.
4       A   Yes, sir.
5       Q   So the gray Infiniti is in an accident, you get
6   out of the vehicle, right?
7       A   Yes, sir.
8       Q   You began to run, right?
9       A   Yes, sir.
10      Q   Okay. You run across 159th Street, right?
11      A   I don't know that I ran across it because I
12  don't know the streets out there. I just know I was
13  running, running -- running in a parking lot, running in
14  a lot. Whatever that is. I was running towards that
15  way. Next thing you know -- I'm running, next thing you
16  know somebody saying freeze, stop, and they -- before I
17  react, they start shooting.
18      Q   Okay. All right. Now, were there other cars
19  in the parking lot where you were shot -- where you were
20  down, where you were down after being shot?
21      A   I don't -- like be truthful, I don't know. I
22  don't know what was in the parking lot, sir, because I
23  ain't -- at the time I ain't seeing nothing in the
24  parking -- I just see, I'm down, sir, I was in pain.