UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN SIMS<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MARKHAM, a municipal Corporation; OFFICER CARSON (Star #552) and OFFICER DAVIS (Star #510) in their individual capacity<br><br>　　　　　Defendants. | No.: 1:16-CV-02961 |

## PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES

NOW COMES Plaintiff, DARREN SIMS, by and through his attorneys, ROMANUCCI & BLANDIN LLC, and in answering the following interrogatories, states as follows:

### INTERROGATORY RESPONSES

1. State your full name (including all of the names or aliases by which you have been known, the dates of use of each such name and the reasons for any change in name), your date and place of birth, your social security number, and your driver's license number.

   **ANSWER:**
   Name: Darren Sims
   Birthdate: July 3, 1992
   Place of Birth: Chicago, IL
   Social Security Number: Unknown.
   DL #: Plaintiff does not have a license.

2. State all addresses at which you have resided during the past ten years and the dates of residence at each, including your current address and, if different, the address at which you lived when the incidents alleged in your Complaint occurred.

   **ANSWER:**
   4048 S Lake Park, Apt. 9F
   Chicago, IL 60653

      **Plaintiff is currently residing at the Cook County Department of
Corrections and has been since his arrest on April 26, 2014.**

3.  Have you ever been involved in any civil legal action (including divorce proceedings and workmen's compensation claims), either as a defendant or plaintiff? If so, please state:
   a.  The date and place each such action was filed;
   b.  The name of the court and the parties involved;
   c.  The court file number of all such actions;
   d.  The names of attorneys representing each party;
   e.  A description of the nature of each such action; and
   f.  The disposition of each such action.

ANSWER: None.


4.  For each defendant, describe the nature, extent and duration of each and every injury that you allege is a result of defendant's acts or omissions, including, but not limited to, physical, mental, and/or emotional, financial, or injury to your reputation/standing in the community, allegedly suffered as a result of each defendant's conduct.

ANSWER: **Plaintiff suffered a gunshot wound, which resulted in a comminuted fracture of his left proximal radius as well as the lateral of his distal humerus. Plaintiff suffered for four days while the bullet remained lodged inside his elbow. Plaintiff continues to suffer from the gunshot wound injury. During his subsequent arrest, Plaintiff hit his head on the ground and was caused severe pain when handcuffed. Plaintiff has suffered and continues to suffer psychological and emotional pain and suffering.**

5.  With regard to said physical, mental, or emotional injuries in Answer to Interrogatory No. 4, please state:

   a.  The name, address and phone number of each attending or consulting physician, psychologist or psychiatrist;
   b.  The name, address and phone number of each person or laboratory taking an x-ray of you;
   c.  The date or inclusive dates on which each of them rendered you service;
   d.  The amounts to date of their respective bills for service; and
   e.  Pursuant to FRCP 30, provide any written reports.

ANSWER: a-d) **Ingalls Memorial Hospital
   1 Ingalls Drive, Harvey, IL 60426
   (708) 333-2300
   April 24, 2014-April 25, 2014
   Plaintiff will seasonably supplement bills
   See Plaintiff's Responses to Production Requests.**

       **Stroger Hospital
   Cook County Health and Hospitals System**

2

    1900 West Polk Street, Chicago, IL 60612
    (312) 864-1111
    April 28, 2014-September 17, 2015
    Plaintiff will seasonably supplement bills
    See Plaintiff's Responses to Production Requests.

  e)  Please see Plaintiff's Responses to Production Requests. Plaintiff will seasonably supplement.

6. As a result of the personal injuries described (in 4 above), were you unable to work? If so, state:

  a. The name and address of your employer(s) for the past five years;
  b. The date or inclusive dates on which you were unable to work
  c. The amount of wage or income loss claimed by you;
  d. The name and address of your present employer; and
  e. The names and addresses of all employers for whom you have worked since the date of said occurrence (excluding those already identified) and the dates you worked for each such employer.

**ANSWER:** Plaintiff is not making a lost wage claim at this time. Plaintiff reserves the right to seasonably supplement.

7. Were any photographs taken of the scene of the occurrence alleged in your Complaint or of the persons involved? If so, state the date or dates on which such photographs were taken, the subjects thereof, and who now has custody of them. In addition, please attach a copy of any such photographs to your answers to these interrogatories.

**ANSWER:** None to Plaintiff's knowledge.

8. Please identify the nature of any charges brought against Plaintiff stemming from the incident alleged in the complaint including:

  a. The case number (i.e., docket number);
  b. The name of each and every charge filed against plaintiff as alleged in the complaint, including reference to any and all citations or statutes;
  c. Whether the Cook County State's Attorney's Office approved the charges;
  d. The location of the court and the name of the judge where the charges were pursued;
  e. The disposition of the charges and whether said disposition was a result of the actions of the Cook County State's Attorney or the presiding judge; and
  f. Identify any and all attorneys, including public defenders, who represented you.

**ANSWER:** a)  14 CR 12222

    b)  Aggravated Kidnapping, 750 ILCS 5/10-2(a)(3)
       Aggravated Kidnapping, 750 ILCS 5/10-2(a)(3)
       Aggravated Vehicular Hijacking, 750 ILCS 5/18-4(a)(1)
       Burglary, 750 ILCS 5/19-1(a)

3

     Attempt Vehicular Hijacking, 720 ILCS 5/8-4(18-3(a))
     Criminal Damage to Property, 720 ILCS 5/21-1(1)(a)
     Criminal Damage to Property, 720 ILCS 5/21-1(1)(a)

  c) Initial charges were approved by Assistant State Attorney Pat Waller on April 26, 2014; 14 CR 12222 was charged as a True Bill returned by a grand jury on July 9, 2014. The Cook County States Attorney was represented by Assistant States Attorney Camilo Oceguera.

  d) Circuit Court of Cook County
    Markham, IL
    Honorable Judge Bowden

  e) Case is pending.

  f) Michael Walsh
    431 S. Dearborn #304
    Chicago, IL 60605
    Defense Attorney-Private

    Dave Weiner
    53 W. Jackson
    Chicago, IL 60604
    Defense Attorney-Private

    Cook County Public Defender
    2650 S. California Avenue
    Chicago IL

    Thomas Kougias
    Currently representing Darren Sims in pending criminal case.

9. Have you ever been charged with, or convicted of, a crime (either misdemeanor or felony)? If so, state the nature thereof, the date of the charge or conviction, and the court and caption in which the charge was brought or the conviction occurred. A plea of guilty shall be disclosed as a conviction. For any conviction identified, please provide the terms of any sanctions imposed including, but not limited to, any fines or restitution, probation, community confinement and/or any mandated community service. Please identify the full name, last known address and telephone number for each attorney you retained to defend you against any of the charges disclosed above.

**ANSWER:** See response to Interrogatory No. 11.

10. For each occupation or job you have had since high school, please state:

  a. The full name and address of the employer;
  b. The dates of commencement and termination;
  c. A brief description of services or duties performed;

4

      d.      The weekly average wages or earnings;
      e.      The name of your immediate foreman, supervisor, or superior; and
      f.      The reason for termination of employment.

**ANSWER:** **Plaintiff objects on the basis that such request is not relevant nor is it reasonably calculated to lead to relevant evidence. Plaintiff is not making a lost wage claim at this time. Plaintiff reserves the right to seasonably supplement.**

11.    Have you ever pled guilty to or have you been convicted of a crime punishable as either a misdemeanor or felony? If so, please state:

      a.      Identify the misdemeanor or felony to which you pled guilty;
      b.      The date of each prosecution or conviction;
      c.      The case number assigned to each prosecution
      d.      The judge and location of each court where the prosecution or conviction took place;
      e.      Identify any and all sentences imposed
      f.      Whether you spent any time in prison or any other correctional facility as a result of said guilty plea or conviction, and
      g.      If imprisoned, the name of the prison or correctional facility, the dates confined there and the terms of your release (i.e. parole).

**ANSWER:**    **a) 2009, Commercial Burglary**
        **2011, Commercial Burglary**
**b) See response to Interrogatory #11(a).**
**c) Unknown.**
**d) 2009, Commercial Burglary: Rolling Meadows, Cook County, Illinois. Judge Fecorata.**
**2011, Commercial Burglary: Cook County, 26th and California.**
**e) 2009, Commercial Burglary: Probation.**
    **2011, Commercial Burglary: 4 years at Dixie Spring Boot Camp.**
**f) See response to Interrogatory #11(e).**
**g) See response to Interrogatory #11(e).**

12.    State the full name and address of each person who witnessed or claims to have witnessed, has knowledge of, or claims to have knowledge of, the occurrences that you have alleged in the complaint.

**ANSWER:**    **Darren Sims**
        **Cook County Department of Corrections**
        **ID: 2014-0428167**

        **James Beecham, Jr.**
        **Cook County Department of Corrections**
        **Div. 15**
        **ID: 2015-030173**

        **Devon Walsh**

       Cook County Department of Corrections
       Div. 9
       ID: 2014-0428011

       Detective Jones, Star #419
       City of Markham
       Markham Police Department
       16313 Kedzie Ave
       Markham, IL 60428

       Officer Carson, Star #552
       City of Markham
       Markham Police Department
       16313 Kedzie Ave
       Markham, IL 60428

       Officer Davis, Star #510
       City of Markham
       Markham Police Department
       16313 Kedzie Ave
       Markham, IL 60428

       R. Anderl
       City of Markham
       Markham Police Department
       16313 Kedzie Ave
       Markham, IL 60428

13. State the full name and address of each person not named in Interrogatory 12 above who was present or claims to have been present at the scene immediately before, at the time of, or immediately after said occurrence.

**ANSWER: None at this time. Plaintiff reserves the right to seasonably supplement.**

14. Describe in detail your activities in the 24-hour period prior to and inclusive of the events that occurred on or about April 24, 2014, which allegedly involved the police officers employed by the City of Markham.

**ANSWER: On or about April 23-April 24, 2014, before the time of the incident, Plaintiff was spending time with a friend, Monica Holmes at her home located on 129th Street, before meeting up with two friends.**

15. What time did you arrive at the Rent-A-Center Store located in the shopping mall at 159th and Kedzie, in Markham, Illinois on April 24, 2014?

**ANSWER: Plaintiff invokes his 5th amendment rights and declines to answer this interrogatory at this time due to his pending criminal matter.**

16. What was your purpose for being at the Rent-A-Center Store located in the shopping mall at 159th and Kedzie in Markham, Illinois on April 24, 2014?

**ANSWER: Plaintiff invokes his 5th amendment rights and declines to answer this interrogatory at this time due to the pending criminal matter.**

17. What other persons were with you when you were at the Rent-A-Center Store located in the shopping mall at 159th and Kedzie, in Markham, Illinois on April 24, 2014.

**ANSWER: Plaintiff invokes his 5th amendment rights and declines to answer this interrogatory at this time due to his pending criminal matter.**

18. When you left the Rent-A-Center Store located in the shopping mall at 159th and Kedzie, in Markham, Illinois on April 24, 2014, where were you going?

**ANSWER: Plaintiff invokes his 5th amendment rights and declines to answer this interrogatory at this time due to his pending criminal matter.**

19. Were you shot by a firearm on April 24, 2014

**ANSWER: Yes.**

20. Did you see the individual who shot you on April 24, 2014? If so, provide a description of that individual (or those individuals) by race, gender, height, weight, complexion and approximate age?

**ANSWER: Plaintiff objects on the basis that such interrogatory is unduly burdensome. Without waiving said objection, Plaintiff observed Markham Police Department Officer Carson and Officer Davis when they approached and handcuffed him immediately after he was shot. Both Officer Davis and Officer Carson shot at Plaintiff.**

21. Where was the individual who shot you located when he/she shot you on April 24, 2014

**ANSWER: Individual officer was behind Plaintiff when Plaintiff was shot.**

22. How far were you from the individual who shot you, when you were shot on April 24, 2014.

**ANSWER: Individual officer was behind Plaintiff when Plaintiff was shot. Plaintiff does not know the exact distance between him and the individual officer that shot him.**

23. Where were you at when you were shot on April 24, 2014 and at what time of day were you shot?

**ANSWER: In the parking lot located at the Northwest corner of 159th Street and Kedzie Avenue, across from the White Castle located at 15902 Kedzie Ave, Markham, IL 60426.**

24. Who shot you on April 24, 2014

**ANSWER: Both Officer Carson and Officer Davis shot at Plaintiff. One of the two officers shot the bullet that entered Plaintiff's arm.**

25. Had you ingested any alcoholic beverages in the *24 hours* prior to the incident alleged in your complaint? If so, please specify:

   (a) The type and brand of the alcohol ingested;

   (b) The approximate amount of alcohol ingested (i.e., glass, shot, etc…);

   (c) The names and addresses of those people with you when the alcohol was ingested;

   (d) The name and location of the event, bar, restaurant or other venue that supplied the alcohol you ingested;

   (e) How the alcohol was paid for and by whom (by credit card in cash?; if credit card, provide name on card and last four digits);

   (f) Specify the type of alcohol you ordered and the amount ingested at "Bodi" from the time you arrived to the time of the alleged incident.

**ANSWER: No.**

26. Had you ingested any illicit drugs or prescription medication of any kind in the *24 hours* prior to the incident alleged in your complaint? If so, please specify (a) the type and brand (if applicable) of the drug, (b) the approximate of the drug you ingested and (c) the time at which you ingested the drug.

**ANSWER: No.**

27. Were you detained for any period of time with regard to the allegations in your complaint? If so, please describe:

   a. The location of each and every place Plaintiff was detained;
   b. The duration of the detainment;
   c. Any and all witnesses to each and every detainment alleged; and
   d. Describe any intake or processing which occurred at each detainment.

**ANSWER: Yes; Plaintiff is still currently detained at Cook County Department of Corrections and has been since his arrest on April 26, 2014.**

28. State any and all expenses and/or losses you claim as a result of the acts and/or omissions described in the complaint. As to each expense and/or loss, state the date or dates it was incurred, the name of the person, firm and/or company to whom such amounts are owed,

8

whether the expense and/or loss in question has been paid and, if so, by whom it was paid, and describe the reason and/or purpose for each expense or loss.

**ANSWER: Plaintiff has been in custody and has not paid any of his medical expenses. Please see Medical Records attached hereto as Exhibit B. Investigation continues. Plaintiff reserves the right to seasonably supplement.**

29. Please state whether you have had any communications, verbal, written, directly, indirectly, with any employee of the City of Markham Police Department, including but not limited to any member of the Markham Police Department Internal Affairs Division, about the alleged incident. If so, state with whom you communicated and describe any statements or action taken by any employee in response to your communications and allegations.

**ANSWER:** **None.**

30. State whether you or your attorneys or anyone acting on your behalf have taken any statements, signed or unsigned, written or recorded, or have in their possession any such statements or know of the existence of any such statements, from or by any person who has, or claims to have knowledge of the facts concerning the occurrences complained of. If so, state the identity and present the last known locations and telephone number of each such person together with the present location and number of such statements.

**ANSWER:** **None.**

31. List the names, address, official titles, if any, or other identification of all witnesses, including any expert witnesses, to any allegations of plaintiff's complaint, who, it is contemplated, may be called to testify in support of the Plaintiff's claims in this action. Indicate the nature and substance of the testimony which is expected to be given by such witness and state the relationship, if any, to the plaintiff. Further, if any statements have been obtained from such persons, please attach a copy of those statements to your answers to these interrogatories.

**ANSWER: None at this time. Plaintiff reserves the right to seasonably supplement.**

32. Have you had any prior contact with any City of Markham Police Officer before April 24, 2014? If so please answer the following:

    a. What are the date(s) of the prior contact?
    b. What are the names of the Police Officers you were in contact with?
    c. What was the nature of the prior contact with City of Markham Police Officers?

**ANSWER: None.**

ROMANUCCI & BLANDIN

s/ Bhavani Raveendran

                                      Attorney for Plaintiff

Bhavani Raveendran
**ROMANUCCI & BLANDIN**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
T: (312) 458-1000
F: (312) 458-1004
braveendran@rblaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARREN SIMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:16-CV-02961 |
| v. | ) | |
| | ) | |
| CITY OF MARKHAM, a municipal | ) | |
| Corporation; OFFICER CARSON | ) | |
| (Star #552) and OFFICER DAVIS | ) | |
| (Star #510) in their individual capacity | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFICATION FOR PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES

I verify under penalty of perjury that the foregoing Plaintiff's Responses to Defendant's Interrrogatories are true and correct.

Executed on  10-7-16 , 2016
Signature:  _Darren Sims_
Darren Sims