## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **DARREN SIMS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No.: 1:16-CV-02961 |
| v. ) | |
| ) | |
| **CITY OF MARKHAM, a municipal** ) | |
| **Corporation; OFFICER CARSON** ) | |
| **(Star #552) and OFFICER DAVIS** ) | |
| **(Star #510) in their individual capacity** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION

NOW COMES Plaintiff, DARREN SIMS, by and through his attorneys, ROMANUCCI & BLANDIN LLC, and in answering the following requests for production, states as follows:

### PRODUCTION RESPONSES

1. All documents relating to the occurrence alleged in the complaint, including but not limited to, any and all statements, reports, photographs, videos, electronic media, investigative reports, court records, transcripts, orders, pleadings or any court papers and/or opinions and statements of the Plaintiff, any witness or police officer regarding the occurrence alleged in the complaint.

**RESPONSE:** See Indictments & Criminal Complaint, attached hereto as Exhibit A.

11

2. All documents relating to the Plaintiff's alleged injuries, both physical and emotional, and purported damages.

**RESPONSE: See Medical Records attached hereto as Exhibit B and Healthcare Order attached hereto as Exhibit C.**

3. All documents examined or relied on by any expert witness who will be called to testify at trial.

**RESPONSE: None at this time. Plaintiff reserves the right to seasonably supplement.**

4. All reports or opinions prepared by any expert witness who will be called to testify at trial.

**RESPONSE: None at this time. Plaintiff reserves the right to seasonably supplement.**

5. Curriculum Vitae for each and every expert who will be called to testify at trial and copies of all articles, reports or professional papers published by said expert.

**RESPONSE: None at this time. Plaintiff reserves the right to seasonably supplement.**

6. All documents relating to Plaintiffs present or past physical, mental or psychological condition, including but not limited to hospital and doctor records, all doctors reports (including reports prepared by any psychiatrist, psychologist, mental or other health care practitioner or facility), insurance claims made, drug tests taken, medical and mental health records and bills relating to the Plaintiffs alleged injuries and damages as well as any prior medical and mental health history.

**RESPONSE: See Medical Records attached hereto as Exhibit B and Healthcare Order attached hereto as Exhibit C.**

7. Any and all reports or documents referred to or identified in Plaintiffs answers to Defendant City of Markham's First Set of Interrogatories.

**RESPONSE: None at this time.**

8. All documents relating to any conviction, arrest, traffic stop, detention, commitment of Plaintiff by any governmental entity, juvenile authority or law enforcement agency, including but not limited to the defendant, Markham Police Department, Cook County, the State of Illinois, U.S. Marshal's Service and the Federal Bureau of Investigation (F.B.I.).

**RESPONSE: See Indictments & Criminal Complaint, attached hereto as Exhibit A. Investigation continues. Plaintiff reserves the right to seasonably supplement.**

9. All documents relating to any civil action to which Plaintiff has been a party to in the past 10 years, including but not limited to depositions Plaintiff has given and statements or affidavits Plaintiff has signed under oath.

**RESPONSE: None.**

10. All photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative aids or other depictions of (a) the scene of any of the occurrences or incidents alleged in the complaint, (b) the Plaintiff or witnesses, (c) any injuries or damages alleged by the Plaintiff, (d) media or news reports regarding the scene, the Plaintiffs arrest or injuries, and (e) any other tangible objects involved.

**RESPONSE: None.**

11. All documents indicating the identity, location and telephone number of any witness to the alleged incident.

**RESPONSE: Please see Plaintiff's 26(a)(1) Disclosures served on Defendants. Nothing additional at this time. Plaintiff reserves the right to seasonably supplement.**

12. All documents relating to any loss of income Plaintiff allegedly sustained as a result of the incidents or injuries which form the basis for the complaint, including but not limited to all W-2 forms and income tax returns filed by Plaintiff for the years alleged and/or wage loss verification sheets.

**RESPONSE: Plaintiff is not making a lost wage claim at this time. Plaintiff reserves the right to seasonably supplement.**

13. All documents relating to the subject matter of Plaintiff's complaint, including, but not limited to, communications, correspondence or contacts between Plaintiff and any person relating to the subject matter of the complaint.

13

**RESPONSE: See Exhibits A, B, & C.**

14. Photographs of Plaintiff's physical condition taken after the alleged incident and photographs of your physical condition taken within the six months immediately prior to the alleged incident.

    **RESPONSE: None.**

15. All documents relating to the defendants, including but not limited to files of the defendant that you or your attorneys have obtained in this or any other litigation at any time.

    **RESPONSE: None.**

16. All grievances and/or complaints filed by the Plaintiff relating to the allegations in his complaint.

    **RESPONSE: None.**

17. Any and all journals, diaries or similar logs prepared by or on behalf of the plaintiff regarding the incident alleged, plaintiff's injuries, medical condition or damages.

    **RESPONSE: None.**

18. Provide copies of all medical records reflecting medical treatment you have received as a result of the allegations in Plaintiff's Complaint and any medical treatment you may have received five (5) years prior to the alleged occurrence.

    **RESPONSE: See Medical Records attached hereto as Exhibit B and Healthcare Order attached hereto as Exhibit C.**

19. Copies of any receipts, credit card statements or online banking statement to substantiate what alcoholic beverage or food items were consumed by you or your party on the date of the incident.

    **RESPONSE: None.**

20. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 3**.

**RESPONSE: None.**

21. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 4**.

**RESPONSE: See Medical Records attached hereto as Exhibit B and Healthcare Order attached hereto as Exhibit C.**

22. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 8**.

**RESPONSE: See Indictments & Criminal Complaint, attached hereto as Exhibit A.**

23. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 9**.

**RESPONSE: None at this time. Plaintiff reserves the right to seasonably supplement.**

24. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 11**.

**RESPONSE: None.**

25. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 14**.

**RESPONSE: None.**

25. Copies of any and all materials or documents in your possession related to the information discussed in plaintiff's answer to Interrogatory **Number 28**.

**RESPONSE: See Medical Records attached hereto as Exhibit B. Plaintiff reserves the right to seasonably supplement.**

Respectfully submitted,

/s/ Bhavani Raveendran
Attorneys for Plaintiff

Bhavani Raveendran (6309968)
**ROMANUCCI & BLANDIN**
321 N. Clark St., Suite 900
Chicago IL 60654
T: 312 458 1000
F: 312 458 1004
braveendran@rblaw.net

Joseph N. DiNatale (0640336)
Michael Paul DiNatale (6289371)
**DINATALE LAW OFFICES, P.C.**
North Riverside, IL 60564
T: 708 447 2900
F: 708 447 9352
jdinatale@dinatalelaw.com
mdinatale@dinatalelaw.com

16

## **CERTIFICATE OF SERVICE**

To: Stepfon Smith (ssmith@salawus.com)
Alexandra Maimonis
Max Bryant Goodman
Danessa P. Watkins
Smith Admundsen LLC
150 N. Michigan, Ste 3300
Chicago IL 60601

    The undersigned attorney mailed this discovery to the Defendants' attorneys on Friday, October 10, 2016 via electronic mail at the e-mail address contained on the CM/ECF electronic filing system.

                                                      ROMANUCCI & BLANDIN

                                                      s/ Bhavani Raveendran
                                                      Attorney for Plaintiff

Bhavani Raveendran
**ROMANUCCI & BLANDIN**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
T: (312) 458-1000
F: (312) 458-1004
braveendran@rblaw.net