UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREN SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 16 CV 2961 |
| | ) |
| CITY OF MARKHAM, a municipal | ) |
| Corporation; Officer Carson (#552) | ) |
| And Officer Davis (#510) in their | ) |
| Individual capacity, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT, OFFICER DAVIS'**
**ANSWERS TO PLAINTIFF'S RULE 33 INTERROGATORIES**

NOW COMES Defendant Officer Davis, by and through his attorneys, SmithAmundsen LLC, and for his answers to Plaintiff's Rule 33 Interrogatories, states as follows:

1. Please state:

    a) Each defendant's full name;
    b) Each defendant's age and date of birth;
    c) Each defendant's social security number;
    d) Each defendant's present address;
    e) Any other addresses at which each defendant has lived during the past five years; and,
    f) Each defendant's present employer's name and position of employment.

    **ANSWER:**
    a. **Ramon B. Davis**
    b. **Age: 60; DOB: May 19, 1956**
    c. **Objection.**
    d. **Objection.**
    e. **Objection.**
    f. **Retired**

2. For each individual defendant please provide a summary of their police and criminal justice experience, beginning with their first police or criminal justice related training or their first employment with any police department or criminal justice agency, (whichever came first) and ending with their present employment. For each police department or criminal justice agency that they have worked for, please also provide:

    a) The date of hire, the date of separation, and the reason for separation (if applicable);

1

    b)    A chronological listing of all ranks and all positions held, and a description of duties for each rank and position held;

    c)    A complete list of all police and criminal justice training that they have attended, the dates they attended, and the address of the facilities that they have attended;

    d)    A list of assignments for each defendant officer from their respective start date with the City of Markham Police Department to present; and,

    e)    The reason for the change in assignment(s), if any, previously mentioned in subsection (d) above.

**ANSWER:** **From 1977 to 1981, Officer Davis was employed by the Phoenix Police Department as a Patrolman. His responsibilities were to patrol certain areas. He left this position to pursue other career opportunities.**

**From 1986 to 1991, Officer Davis was employed by the Dixmoor Police Department as a Patrolman. His responsibilities were to patrol certain areas. He left this position to pursue other career opportunities.**

**From 1991 to 1992, Officer Davis was employed by the University of Chicago as a Patrolman. His responsibilities were to patrol certain areas. He left this position to pursue other career opportunities.**

**From 1992 to 2016, Officer Davis was employed by the Markham Police Department as a Patrolman. His responsibilities were to patrol certain areas. He retired from the Markham Police Dept.**

**During his employment as an officer, Officer Davis has attended several police training classes. However, he is unable to recall the specifics of the classes.**

**Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

4.[sic] Please identify, by identifying number, title, and publication in which it appears, each and every rule, guideline, procedure, policy or regulation that the City of Markham Police Department had in force on April 24, 2014, that in any manner set forth, in whole or in part, the process that field officers should adhere to when discharging a firearm.

**ANSWER:** **Officer Davis is familiar with the policy that states that an officer may discharge his or her firearm if they are in fear for their life or the lives of others. Officer Davis does not recall the title or number of said policy.**

2

>Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

5. Please state for what general and/or specific purpose the defendant City of Markham police officers were in the area where the shooting occurred on April 25, 2014 and April 24, 2014, prior to the seizure of Plaintiff Darren Sims.

>**ANSWER:** **Officer Davis was responding to a call regarding a burglary at a Rent-A-Center store located at 159th Street and Kedzie Avenue.**

6. Please state what instructions and/or orders, the defendant City of Markham Police Department police officers were given before and during their shift on April 23, 2014 and April 24, 2014.

>**ANSWER:** **Officer Davis cannot recall the instructions and/or orders given before and during his shift on April 23, 2014 and April 24, 2014.**
>
>Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

7. Please state the name, badge number, and rank of each and every City of Markham Police Department officer that was assigned to the area of the shooting on April 23, 2014 and April 24, 2014.

>**ANSWER:** **Present at the incident at issue in this matter were: Officer Davis, Officer Anderl, Officer Carson and Officer Jackson.**
>
>Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

8. Please state for what purpose on April 24, 2014 the defendants stopped, questioned, frisked, and detained Darren Sims.

>**ANSWER:** **Unknown at this time as Officer Davis did not personally stop, question, frisk, or detain Darren Sims.**
>
>Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

9. Please state each and every option considered by all defendants on the scene other than discharging their weapons at Darren Sims, and describe each and every step taken to evaluate and consider each and every such option.

3

    **ANSWER:**    **At the time that Officer Davis fired his firearm, he was standing directly behind the vehicle occupied by Darren Sims. As the vehicle began to move, Officer Davis feared for his life and fired at the rear tire of the vehicle in an attempt to bring the vehicle to a stop. Officer Davis believes this was his only option at the time as he was in fear for his life and his immediate personal safety.**

    **Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

10. State whether any weapon was found that might be connected to Darren Sims. If there are any weapons found, describe the weapon and state where, when, and by whom it was found, and who is in possession of this weapon at the present time.

    **ANSWER:**    **Officer Davis does not know whether a weapon was found that might be connected to Darren Sims.**

    **Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

11. State the number of times each defendant officer present at the scene of the incident on April 24, 2014 fired their respective weapons.

    **ANSWER:**    **Officer Davis fired his weapon once. He heard one other shot, which he believes was fired by Officer Carson.**

    **Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

12. State the kind of weapon and bullets used by the defendant officer in the shooting of Darren Sims.

    **ANSWER:**    **At the time of the incident, Officer Davis' service firearm was a Beretta 92F 40 caliber gun.**

    **Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

13. Describe in detail the training on the use of deadly force that is given to each deputy and/or officer of the City of Markham Police Department and at the police academy, both at the time the defendant officers were in training and at present, and any training that is given subsequent to graduation from the police academy, and state the name of the person presently responsible for training regarding the use of deadly force at the City of Markham Police Department.

**ANSWER:** Officer Davis received training on the use of deadly force at the Police Academy in 1986. He also received training at the Markham Police Department. He cannot recall the specifics of the training. He does not know the name of the person presently responsible for training regarding deadly force at the Markham Police Department.

Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

14. State the policies and procedures for the City of Markham Police Department regarding discharging firearms and use of deadly force in effect on April 24, 2014.

**ANSWER:** Officer Davis is familiar with the policy that states that an officer may discharge his or her firearm if they are in fear for their life or the lives of others. Officer Davis does not recall the title or number of said policy.

Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.

15. Please state Defendant's employment history from 2005 to present. For each employer please state, the following:

    a) Name and address of employer;
    b) Job title and description of duties while employed; and,
    c) The dates of employment commencing and concluding.

**ANSWER:** **Breman High School**
**15203 Pulaski Road**
**Midlothian, IL 60445**
**Job title: Police Liaison**
**Duties: Provided security for high school**
**Dates of employment: 2005-2009**

**Rich Township School District 227**
**Rich Central High School**
**3600 W. 203rd Street**
**Olympia Fields, IL 60461**
**Job title: Police Liaison**
**Duties: Provided security for high school**
**Dates of employment: 2009-present**

**Markham Police Department**
**16313 Kedzie Avenue**
**Markham, IL 60428**

**Job title: Patrolman**
**Duties: Patrol**
**Dates of employment: 2005-July 2016**

**Investigation continues. Defendant reserves the right to seasonably supplement this request in accordance with the Federal Rules of Civil Procedure.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 1:16-CV-02961 |
| ) | |
| v. ) | |
| ) | |
| CITY OF MARKHAM, a municipal corporation; ) | |
| Officer Carson (Star #552) and Officer Davis ) | |
| (Star #510) in their individual capacity, ) | |
| Defendants. ) | |

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of the United States of America that the foregoing Defendant, Officer Davis' Answers to Plaintiff's Rule 33 Interrogatories are true and correct.

Executed on this ___17___ day of August 2016.

_Ramon B. Davis_
Officer Davis
City of Markham Police Department