3029578-SRS/DPW/sjl

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARREN SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:16-CV-02961 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | |
| CITY OF MARKHAM, a municipal corporation; OFFICER CARSON (Star #552) and OFFICER DAVIS (Star #510) in their individual capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF OFFICER ROBERT ANDERL**

I, Officer Robert Anderl, being first duly sworn under oath, do offer and state that if called upon to testify at trial, I could truly, competently and on personal knowledge assert the following:

1. I have been employed as a Patrol Officer for the City of Markham Police Department, 16313 Kedzie Parkway, Markham, Illinois, for approximately three and a half years.

2. On April 24, 2014 at approximately 5:44 a.m., I was dispatched to Rent-A-Center, located at 3069 W. 159th Street, Markham, Illinois, in my capacity as a Markham Police Officer to respond to a reported burglary in progress.

3. Upon arrival, I first observed two vehicles: one white crossover-style SUV and one gray Infiniti FX37. Then, I observed a black male subject with dreadlocks, a white shirt, and black gloves enter the gray Infiniti. I also observed another black male subject standing outside the gray Infiniti get inside the vehicle.

4. At that time, I activated the lights on my patrol car and attempted to initiate a traffic stop, but both the white SUV and gray Infiniti fled eastbound on 159th Street.

5. With activated lights and sirens, I followed the gray Infiniti eastbound on 159th Street as it continued past Francisco Avenue at a high rate of speed, made a U-turn and proceeded westbound on 159th Street.

6. While in pursuit westbound on 159th Street, I observed the gray Infiniti strike a median barrier, continue through a red light at the intersection of 159th Street and Kedzie Avenue, nearly avoid striking an 18-wheel truck, and ultimately crash into the back tires of a dump truck.

7. I observed approximately four to five male, black subjects exit the damaged, gray Infiniti and flee northbound towards Kedzie Avenue on foot.

8. The subjects then grabbed the door handles of a red-colored vehicle. I verbally ordered the subjects to get on the ground. The subjects ran from the first red-colored vehicle to a second red-colored vehicle.

9. At the second red-colored vehicle, one subject was on the hood, one or two subjects were attempting to gain entrance through the driver side door, and one or two subjects were attempting to open the passenger side door.

10. As the subjects attempted to gain access to the second red-colored vehicle, I observed its driver, a white male, drive forward and strike the vehicle in front of him, as well as reverse several times. On several occasions, I verbally order the subjects to the ground.

11. I began to approach the second red-colored vehicle at which time two black male subjects fled westbound on 159th Street toward Sawyer Avenue.

12. I pursued the two subjects toward Sawyer Avenue on foot while giving several verbal commands to stop running.

13. While in pursuit, I heard a verbal command of "get on the ground now," followed by one gunshot coming from Kedzie Avenue, which was behind me at that time.

14. I continued to pursue the two subjects toward Sawyer Avenue and heard approximately one or two more gunshots coming from behind me.

15. I never turned around to learn who fired the gunshots. Instead, I remained focused on the foot pursuit.

16. I observed the two subjects jump over a fence and into the backyard of 15915 Sawyer Avenue. At this time, Officer G. Jackson and I set up a perimeter with me on the southside of the property and Officer G. Jackson on the northeast side.

17. I ordered the subjects to come out with their hands above their heads with negative results.

18. I looked for one subject behind a shack in the backyard of the residence where he appeared to have run behind. While I searched that vicinity, the second subject jumped the west side fence of the property and ran towards Sawyer Avenue.

19. I ordered the second subject to get on the ground, to no avail. Following a brief pursuit, I subdued the subject to the ground on Sawyer Avenue and was eventually able to turn him onto his stomach and place handcuffs on him. This subject was later identified as James Beecham Jr.

20. After Beecham was placed in handcuffs, I observed Officer R. Davis heading southbound on Sawyer Avenue toward my position. I secured Beecham in Officer R. Davis' vehicle.

21. With Beecham in custody, Officer R. Davis and I continued to search for the other subject whom I was pursuing. Officer J. Carson informed us over the radio that a witness observed a subject flee the Sawyer Avenue residence and head toward Canterbury Shopping Center.

22. I exited Officer R. Davis' patrol car by Velasquez & Sons Mufflers, 16021 Kedzie Avenue, in an attempt to find the second subject. While standing within the gated area of Velasquez & Sons Mufflers, I heard a faint noise coming from inside a dumpster. Officer J. Carson arrived at the scene and advised me to look inside the dumpster.

23. Upon opening the dumpster, I observed the subject of my foot pursuit, later identified as Devon Welsh. Welsh was handcuffed and placed in Officer R. Davis' vehicle with Beecham.

24. After Beecham and Welsh were detained, Officer R. Davis and I drove to the Community Currency Exchange Association located at 3200 W. 159th Street, where I learned that a third subject, later identified as Darren Sims, had been shot and was receiving medical treatment.

25. Upon my arrival at the Community Currency Exchange, I was relieved by Sergeant J. Jones and the Markham Investigations Division who, in turn, took control of the incident.

26. I did not witness Officer R. Davis or Officer J. Carson discharged their weapons on April 24, 2014.

27. I did not witness any Markham Police Officer shoot Sims on April 24, 2014.

28. I did not conduct an investigation into the Markham Police Officers' discharge of their weapons on April 24, 2014 at any time.

*FURTHER AFFIANT SAYETH NOT.*

_____
**OFFICER ROBERT ANDERL**

Subscribed and sworn to me

this 10th day of March, 2017

_____
Notary Public

> OFFICIAL SEAL
> WAYNE D RUSH
> Notary Public - State of Illinois
> My Commission Expires Jan 12, 2018