3029578-SRS/DPW/sjl

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DARREN SIMS, )
)
      Plaintiff, )  No. 1:16-CV-02961
)
v. )  Honorable Virginia M. Kendall
)
CITY OF MARKHAM, a municipal )
corporation; OFFICER CARSON )
(Star #552) and OFFICER DAVIS )
(Star #510) in their individual capacity, )
)
      Defendants. )

## AFFIDAVIT OF OFFICER GERALD JACKSON

I, Officer Gerald Jackson, being first duly sworn under oath, do offer and state that if called upon to testify at trial, I could truly, competently and on personal knowledge assert the following:

1. - I have been employed by the City of Markham Police Department, 16313 Kedzie Parkway, Markham, Illinois, as a part-time Patrol Officer for approximately eight and a half years.

2. On April 24, 2014 at approximately 5:44 a.m., I was dispatched to Rent-A-Center, located at 3069 W. 159th Street, Markham, Illinois, in my capacity as a Markham Police Officer to respond to a reported burglary in progress.

3. Officer R. Anderl and I pursued one or two black male subjects by foot that had fled westbound on 159th Street toward Sawyer Avenue.

4. During the foot pursuit, I heard approximately one or two gunshots come from a direction behind me.

Page 1 of 2

5.     After Officer R. Anderl apprehended one of the subjects, later identified as James

Beecham Jr., I returned to Rent-A-Center to secure the area and prevent theft of property inside

the building.

6.     I did not witness Officer R. Davis or Officer J. Carson discharged their weapons

on April 24, 2014.

7.     I did not witness any Markham Police Officer shoot Sims on April 24, 2014.

8.     I did not conduct an investigation into the Markham Police Officers' discharge of

their weapons on April 24, 2014 at any time.

***FURTHER AFFIANT SAYETH NOT.***

OFFICER GERALD JACKSON

Subscribed and sworn to me

this  10  day of  March  , 2017 .

Notary Public

OFFICIAL SEAL
PEDRO GUERRERO
Notary Public - State of Illinois
My Commission Expires Nov. 07, 2017