# Markham Police Dept

16313 Kedzie Parkway
Markham, IL 60428
Tel: 708.331.2171   Fax: 708.331.2176

# Adult Arrest Report

Case #: 1407234
Arrest Date: 04-24-2014 :
Report Printed: 04-26-2014 23:28

## ARRESTEE

| Name | | | | | | S.S.N. | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIMS, DARREN D | | | | | | | | | |
| D.O.B. | Sex | Race | Height | Weight | Hair Color | Eye Color | Complexion | Build | |
| 07-03-1992 | M | B | 507 | 160 | BLK | BRO | | | |
| Street Address | | | City | | State | | Zip | | County |
| 4048 S. LAKE PARK | | | CHICAGO | | IL | | 60653 | | |
| Telephone | | Cell Phone | | | Business Phone | | Pager | | |
| Alias | | | | | | Alias D.O.B. | | Maiden | |
| Place of Birth | | | Arrest Location (Location Name, Street Address, City, State, Zip) | | | | | | |

## I.D.

| Case # | Booking # | Jail ID | D.L. State | D.L. Number |
|---|---|---|---|---|
| 1407234 | 201400213 | 3222 | | |
| SID | FBI # | FOID | IDOC | Chicago IR |
| IL56537680 | 437234JC3 | | | |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | Code | Description | Color | Gang |
|---|---|---|---|---|---|---|
| | | Handed | | | | |
| | | Glasses No | | | | |
| | | Contacts No | | | | |

## BACKGROUND

| Marital Status | Education | | Read English No | Write English No | Speak English No | Caution |
|---|---|---|---|---|---|---|
| Gang | | Gang Name | | Member Type | | |
| Employer | | Occupation | | Employer Telephone | | |
| Employer Address | | | City | State | Zip | |
| Emergency Contact | | | Relationship | Phone | | |

## VEHICLE

| Year | Make | Model | Color | VIN |
|---|---|---|---|---|
| Owner | | Plate | Insured By | Towed By | Accident No |
| Release Info | | | | | |

## U/O

| P.B.T. | B.A.C. | Blood Test No | Urine Test No | In Car Video No | Squad # | Video Tape # | Testing Officer |
|---|---|---|---|---|---|---|---|

## CHARGES

**Charge 1** — Charge Code & Description: BURGLARY N — Offense Location:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 2** — Charge Code & Description: AGG FLEEING POLICE/21 MPH OVER N — Offense Location:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 3** — Charge Code & Description: AGG VEHCLR HIJACKING/HANDICAPP N — Offense Location:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 4** — Charge Code & Description: — Offense Location:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|

**Charge 5** — Charge Code & Description: — Offense Location:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|

# Markham Police Dept

16313 Kedzie Parkway
Markham, IL 60428
Tel: 708.331.2171  Fax: 708.331.2176

# Adult Arrest Report

Case #: 1407234
Arrest Date: 04-24-2014
Report Printed: 04-26-2014 23:26

## ARRESTEE

| Field | Value |
|---|---|
| Name | WELSH, DEVON |
| S.S.N. | 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 |
| D.O.B. | 02-02-1989 |
| Sex | M |
| Race | B |
| Height | 603 |
| Weight | 195 |
| Hair Color | BLK |
| Eye Color | BRO |
| Complexion | |
| Build | |
| Street Address | 5638 S. EMERALD |
| City | CHICAGO |
| State | IL |
| Zip | 60621 |
| County | |
| Telephone | |
| Cell Phone | |
| Business Phone | |
| Pager | |
| Alias | |
| Alias D.O.B. | |
| Maiden | |
| Place of Birth | |
| Arrest Location | |

## I.D.

| Field | Value |
|---|---|
| Case # | 1407234 |
| Booking # | 201400214 |
| Jail ID | 3223 |
| D.L. State | |
| D.L. Number | |
| SID | IL48188720 |
| FBI # | 851054TB4 |
| FOID | |
| IDOC | |
| Chicago IR | |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | | | | |
|---|---|---|---|---|---|---|
| | | Handed | | | | |
| | | Glasses: No | | | | |
| | | Contacts: No | | | | |

SMTO: Code / Description / Color / Gang

## BACKGROUND

| Field | Value |
|---|---|
| Marital Status | |
| Education | |
| Read English | No |
| Write English | No |
| Speak English | No |
| Caution | |
| Gang | |
| Gang Name | |
| Member Type | |
| Employer | |
| Occupation | |
| Employer Telephone | |
| Employer Address | |
| City | |
| State | |
| Zip | |
| Emergency Contact | |
| Relationship | |
| Phone | |

## VEHICLE

| Year | Make | Model | Color | VIN |
|---|---|---|---|---|
| | | | | |

| Owner | Plate | Insured By | Towed By | Accident |
|---|---|---|---|---|
| | | | | No |

Release Info

## UIO

| P.B.T. | B.A.C. | Blood Test | Urine Test | In Car Video | Squad # | Video Tape # | Testing Officer |
|---|---|---|---|---|---|---|---|
| | | No | No | No | | | |

## CHARGES

**Charge 1** — Charge Code & Description: BURGLARY N
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 2** — Charge Code & Description: AGG FLEEING POLICE/21 MPH OVER N
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 3** — Charge Code & Description: AGG VEHCLR HIJACKING/HANDICAPP N
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| No | O | | | | | |

**Charge 4** — Charge Code & Description:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| | | | | | | |

**Charge 5** — Charge Code & Description:
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
|---|---|---|---|---|---|---|
| | | | | | | |

# Markham Police Dept

16313 Kedzie Parkway
Markham, IL 60428
Tel: 708.331.2171   Fax: 708.331.2176

# Adult Arrest Report

Case #: 1407234
Arrest Date: 04-26-2014 :
Report Printed: 04-26-2014 23:29

## ARRESTEE

| Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BEECHAM, JAMES L | | | | | | S.S.N. | | | |
| D.O.B. | Sex | Race | Height | Weight | Hair Color | Eye Color | Complexion | Build | |
| 12-18-1991 | M | B | 510 | 160 | BRO | BRO | | | |
| Street Address | | | City | | State | | Zip | County | |
| 8236 VERNON | | | CHICAGO | | IL | | 60619 | | |
| Telephone | | Cell Phone | | | Business Phone | | Pager | | |
| Alias | | | | | | Alias D.O.B. | | Maiden | |
| Place of Birth | | | Arrest Location (Location Name, Street Address, City, State, Zip) | | | | | | |

## I.D.

| Case # | Booking # | Jail ID | D.L. State | D.L. Number |
|---|---|---|---|---|
| 1407234 | 201400212 | 3221 | | |
| SID | FBI # | FOID | IDOC | Chicago IR |
| IL50265400 | 968598WB4 | | | |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | | SMTO | | | |
|---|---|---|---|---|---|---|---|
| | | | Code | | Description | Color | Gang |
| | | Handed | | | | | |
| | | Glasses No | | | | | |
| | | Contacts No | | | | | |

## BACKGROUND

| Marital Status | Education | Read English No | Write English No | Speak English No | Caution |
|---|---|---|---|---|---|
| Gang | Gang Name | | Member Type | | |
| Employer | Occupation | | Employer Telephone | | |
| Employer Address | | City | State | Zip | |
| Emergency Contact | | Relationship | Phone | | |

## VEHICLE

| Year | Make | Model | Color | VIN | |
|---|---|---|---|---|---|
| Owner | | Plate | Insured By | Towed By | Accident No |
| Release Info | | | | | |

## UIO

| P.B.T. | B.A.C. | Blood Test No | Urine Test No | In Car Video No | Squad # | Video Tape # | Testing Officer |
|---|---|---|---|---|---|---|---|

## CHARGES

| Charge 1 | Charge Code & Description | | | | Offense Location | |
|---|---|---|---|---|---|---|
| | BURGLARY N | | | | | |
| Domestic Violence No | Penalty Class O | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
| Charge 2 | Charge Code & Description | | | | Offense Location | |
| | AGG FLEEING POLICE/21 MPH OVER N | | | | | |
| Domestic Violence No | Penalty Class O | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
| Charge 3 | Charge Code & Description | | | | Offense Location | |
| | AGG VEHCLR HIJACKING/HANDICAPP U | | | | | |
| Domestic Violence No | Penalty Class O | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
| Charge 4 | Charge Code & Description | | | | Offense Location | |
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |
| Charge 5 | Charge Code & Description | | | | Offense Location | |
| Domestic Violence | Penalty Class | Citation # | Arrest Type | County Issuing Warrant | Court Case # | Date of Offense |

Markham Prod. 0049