**Page 1**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
 4   DARREN SIMS,              )
 5            Plaintiff,       )
 6      vs.                    ) No. 16 CV 2961
 7   CITY OF MARKHAM ET.AL,    )
 8            Defendants.      )
 9        The deposition of JESSIE JONES, called
10   for examination pursuant to the Rules of Civil
11   Procedure for the United States District Courts
12   pertaining to the taking of depositions, taken
13   before MARY ELLYN D'ANDREA, at 321 NORTH CLARK
14   STREET, Illinois, on March 16, 2017, at the hour
15   of 12:10 o'clock p.m.
16
17
18
19
20
21
22   REPORTED BY: Mary Ellyn D'Andrea
23   LICENSE NO:
24
```

**Page 2**

```
 1   APPEARANCES:
 2        ROMANUCCI & BLANDIN, by
 3        BHAVANI K. RAVEENDRAN,
 4        321 NORTH CLARK STREET
 5        SUITE 900
 6        CHICAGO, IL, 60602
 7        312-458-1000
 8        Braveedran@rblaw.net
 9             Representing the Plaintiff;
10
11        SMITH AMUNDSEN LLC, by
12        DANESSA WATKINS,
13        150 NORTH MICHIGAN AVENUE
14        SUITE 3300
15        CHICAGO, IL, 60601
16        (312) 894-3200
17        Dwatkins@salawus.com
18             Representing the Defendants;
```

**Page 3**

```
 1                    I N D E X
 2   WITNESS                              EXAMINATION
 3   JESSIE JONES
 4     By MS. RAVEENDRAN                       4
 5     By MS. WATKINS                        110
 6     By MS. RAVEENDRAN                     111
 7     By MS. WATKINS                        111
 8     By MS. RAVEENDRAN                     138
 9
10
11
12
13
14
15                   E X H I B I T S
16   NUMBER                             MARKED FOR ID
17   JONES Deposition
18     Group Exhibit No. 1                   107
```

**Page 4**

```
 1              (Whereupon, the witness was duly
 2               sworn.)
 3        MS. RAVEENDRAN: Can the record reflect
 4   that this discovery deposition is being taken
 5   pursuant to the Federal Rules of Civil Procedure
 6   and any applicable local court rules?
 7              JESSIE JONES,
 8   having been first duly sworn, was examined and
 9   testified as follows:
10              DIRECT EXAMINATION
11   BY MS. RAVEENDRAN:
12        Q.   My name is Bhavani Raveendran, and I
13   represent the Plaintiff in Sims v. Markham and
14   some named police officers, and that's been
15   filed in the U.S. Federal Court for the Northern
16   District of Illinois.
17             Are you aware that you are here to
18   testify about an incident involving Mr. Sims
19   today?
20        A.   I am.
21        Q.   Can you spell your full name, please?
22        A.   J-e-s-s-i-e, L, middle initial, J.
23   Jones, J-o-n-e-s.
24        Q.   Have you ever been known by any other
```

```
 1  suspect vehicle?
 2      A.   I can't remember offhand, no.
 3      Q.   Okay.  Did you eventually get to the
 4  intersection?
 5      A.   Yes.
 6      Q.   Once you got to the intersection, did
 7  you observe other Markham police officers?
 8      A.   Yes.
 9      Q.   Do you remember who you observed?
10      A.   Officer Davis.
11      Q.   Anyone else?
12      A.   I can't remember.
13      Q.   As soon as you arrived to the
14  intersection, what was the first thing you did?
15      A.   Spoke to Officer Davis.
16      Q.   And what did you speak to Officer Davis
17  about?
18      A.   What had taken place.
19      Q.   And what did he tell you?
20      A.   That they responded to a burglary call,
21  they chased -- Anderl chased the vehicle, and
22  then it resulted in the accident scene where I
23  was presently standing.
24      Q.   Did he tell you anything else?
                                                  77
```

```
 1          MS. WATKINS:  And just for the record,
 2  Anderl, A-n-d-e-r-l.  It's a hard one.
 3          THE WITNESS:  I'm sorry?
 4  BY MS. RAVEENDRAN:
 5      Q.   Did you and Officer Davis speak about
 6  anything else?
 7      A.   Yes.
 8      Q.   What else did he tell you?
 9      A.   He informed me that they had taken into
10  custody three people, one of which was shot, and
11  he informed me that firearms were discharged.
12      Q.   Whose firearms -- strike that.
13          Did Officer Davis tell you whose
14  firearms were discharged?
15      A.   Yes.
16      Q.   Whose firearms were discharged?
17      A.   His and Carson.
18      Q.   Okay.  Did he give you any further
19  details regarding the discharge of his firearm?
20      A.   No.
21      Q.   Did Officer Davis tell you whose
22  firearm had discharged that resulted in injury
23  to one of the suspects?
24      A.   I can't recall that.
                                                  78
```

```
 1      Q.   Okay.  Did Officer Davis tell you that
 2  -- strike that.
 3          Did Officer Davis tell you that any
 4  other police officers were present other than
 5  the ones you've mentioned, Anderl and Carson?
 6      A.   I asked for a list of officers, all
 7  officers that was working.
 8      Q.   Okay.  When you got to the -- strike
 9  that.
10          And when you asked for the list of all
11  the officers that were working, did he give you
12  any other names?
13      A.   Not right then and there.  I got that
14  list later.
15      Q.   Okay.  And who did he add to the --
16      A.   I can't remember.  It's in my notes.
17      Q.   Okay.  Did he mention Officer Jackson?
18      A.   I can't remember him actually.
19      Q.   Did Officer Davis tell you that any
20  other police departments had been present at the
21  scene?
22      A.   I can't remember that.
23      Q.   Could you see any vehicles or officers
24  from other departments?
                                                  79
```

```
 1      A.   I don't recall.
 2      Q.   Did I already -- I may have asked you
 3  this.  Did you -- what kind of car was the
 4  suspect vehicle?
 5      A.   I can't -- I can't remember.
 6      Q.   Was there an ambulance present when you
 7  got to the scene of the incident?
 8      A.   There was one called.  I didn't see it.
 9      Q.   Okay.  Do you know -- how do you know
10  that one was called if you didn't see it?
11      A.   Officer Davis told me.
12      Q.   Officer Davis told you that an
13  ambulance had already come to the scene and
14  left?
15      A.   He told me that they asked for an
16  ambulance.
17      Q.   Okay.  Did he tell you that the
18  ambulance took anyone when it left?
19      A.   No, I don't recall that conversation.
20      Q.   Did Officer Davis mention if any
21  officers had gone to the hospital?
22      A.   I don't remember.
23      Q.   Generally speaking in your experience,
24  if a suspect is injured at the scene of an
                                                  80
```

*Page 81*

1  incident, does a police officer accompany that
2  person to the hospital?
3     A.   Yes.
4     Q.   Is it your understanding that on April
5  24th, 2014 that someone was taken to a hospital
6  that may have been a suspect at that incident?
7     A.   I learned he was taken to the hospital,
8  yes.
9     Q.   How did you learn that?
10    A.   I can't remember. I learned he was
11 taken to the hospital.
12    Q.   Did you at any point learn if the
13 police officer accompanied the suspect to the
14 hospital?
15    A.   Yes.
16    Q.   Do you know offhand who it was?
17    A.   No.
18    Q.   Because that's information in your
19 experience and training something that would
20 have been included in a police report?
21    A.   Yes.
22    Q.   After you spoke to Officer Davis, what
23 did you do?
24    A.   I notified the public integrity task

*Page 82*

1  force.
2     Q.   Okay.
3     A.   And the Illinois State Police Crime
4  Scene Unit.
5     Q.   How did you notify them?
6     A.   Telephone.
7     Q.   What did you tell them when you
8  notified them?
9     A.   That we had an officer-involved
10 shooting, and that we also needed a crime scene
11 investigator to respond.
12    Q.   Did you secure Officer Davis' firearm?
13    A.   Yes.
14    Q.   Did you secure Officer Carson's
15 firearm?
16    A.   Yes.
17    Q.   After you spoke to Officer Davis, did
18 you speak to Officer Carson?
19    A.   I don't recall the conversation, no.
20    Q.   Okay. Did you -- after you secured the
21 weapons, did you do anything else?
22    A.   Waited for them to respond, and that
23 was pretty much it.
24    Q.   Did you do any -- strike that.

*Page 83*

1           Did you inform the Deputy Chief what
2  had happened?
3     A.   Yes, yes.
4     Q.   Which --
5     A.   Chief of Police and Deputy Chief.
6     Q.   Which Deputy Chief did you inform?
7     A.   Deputy Chief James Walker.
8     Q.   Is there more than one Deputy Chief?
9     A.   Yes.
10    Q.   At that time was there?
11    A.   Yes.
12    Q.   And that's Deputy Chief Genius?
13    A.   Yes.
14    Q.   And what's the Chief of police's name?
15    A.   Max Sanders.
16    Q.   And was that the same Chief of Police
17 in 2014?
18    A.   Yes.
19    Q.   Do you remember speaking to Deputy
20 Chief Walker on April 24th, 2014?
21    A.   Yes.
22    Q.   Do you remember what you said to him?
23    A.   Just informed him of what we had.
24    Q.   Do you remember anything he said to

*Page 84*

1  you?
2     A.   No.
3     Q.   Did he instruct you to do anything?
4     A.   No.
5     Q.   Did you speak directly to the Chief of
6  Police?
7     A.   Yes.
8     Q.   And what did you say to him?
9     A.   I just advised him of the situation as
10 well.
11    Q.   Did he instruct you to do anything?
12    A.   No.
13    Q.   Do you remember what he said to you in
14 response?
15    A.   No.
16    Q.   Did you see any of the suspects from
17 the incident?
18    A.   At the scene?
19    Q.   Yes.
20    A.   I don't remember.
21    Q.   Did you yourself -- so, after you spoke
22 to Officer Davis, do you remember speaking to
23 anyone else at the scene of the incident?
24    A.   I did, but I can't remember who