3029578-SRS/DPW/sjl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARREN SIMS, ) | |
| ) | |
| Plaintiff, ) | No. 1:16-CV-02961 |
| ) | |
| v. ) | Honorable Virginia M. Kendall |
| ) | |
| CITY OF MARKHAM, a municipal ) | |
| corporation; OFFICER CARSON ) | |
| (Star #552) and OFFICER DAVIS ) | |
| (Star #510) in their individual capacity, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERGEANT JESSIE JONES

I, Sergeant Jessie Jones, being first duly sworn under oath, do offer and state that if called upon to testify at trial, I could truly, competently and on personal knowledge assert the following:

1. I have been employed by the City of Markham Police Department, 16313 Kedzie Parkway, Markham, Illinois, for over fifteen years.

2. I currently hold the rank of Sergeant, which is the rank I held on April 24, 2014.

3. On April 24, 2014, I was in my eighth year of assignment to the Investigations Division. In that position, I have conducted a diversity of investigations including but not limited to burglaries, armed robberies, vehicular hijackings and several other forcible felonies.

4. On April 24, 2014, I was notified to respond to a burglary at Rent-A-Center, located at 3069 W. 159th Street, Markham, Illinois, in the capacity of Investigator for the Markham Police Department.

5. I arrived at Rent-A-Center at approximately 7:00 a.m. Upon arrival, Markham Police Officer R. Davis (#510) and Officer R. Anderl (#585) informed me that they had been dispatched to that location to respond to a burglary in progress.

6. The scope of my investigation was limited to the burglary of Rent-A-Center and the additional criminal activities that transpired thereafter.

7. Officer R. Davis informed me that at least three male, black suspects had been taken into custody. Subsequently, I learned that the three subjects were Darren D. Sims, James L. Beecham Jr. and Devon Welsh, and that Felony Review approved charges against all three subjects for burglary, aggravated fleeing and eluding, and aggravated vehicular hijacking.

8. At the scene of the incident on April 24, 2014, Officer R. Anderl informed me that he initially pursued one of the offending vehicles from the scene of the burglary, resulting in a traffic crash at the intersection of 159th Street & Kedzie Avenue.

9. I was informed that Officer R. Davis and Officer J. Carson (#552) discharged their weapons during the course of the pursuit. I also learned that Sims was struck in the arm while trying to flee the area.

10. I did not witness Officer R. Davis or Officer J. Carson discharged their weapons on April 24, 2014.

11. I did not witness any Markham Police Officer shoot Sims on April 24, 2014.

12. I did not conduct an investigation into the Markham Police Officers' discharge of their weapons on April 24, 2014 at any time.

13. Upon being informed that Markham Police Officers had discharged their weapons, I contacted the Illinois State Police Crime Scene Services Unit and requested the assistance of the Public Integrity Task Force. Representatives from both entities later arrived on

scene to conduct an independent investigation into the Markham Police Officers' discharge of their weapons.

**FURTHER AFFIANT SAYETH NOT.**

_____ #419
SERGEANT JESSIE JONES

Subscribed and sworn to me
this 16th day of March, 2017

_Alicia F. McKenzie_
Notary Public

> OFFICIAL SEAL
> ALICIA F MCKENZIE
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:12/15/18