

# PUBLIC INTEGRITY
# TASK FORCE



*Illinois State Police*  *Cook County State's Attorney*

April 4, 2017

Chief of Police Mack Sanders
Markham Police Department
16313 Kedzie Parkway
Markham, IL 60428

Dear Chief Sanders:

The Public Integrity Task Force has completed its investigation into the officer involved shooting of Darren Sims. The Cook County State's Attorney's Office reviewed the information gathered during the course of our investigation.

On March 29, 2017, Assistant State's Attorney Lauren Freeman concluded the Cook County State's Attorney Office will not be proceeding with criminal charges on this matter.
A letter from the Cook County State's Attorney is attached.

Attached is a copy of the investigation of this incident. If you have any questions or need additional information, please do not hesitate to contact me.

Please be advised that this investigative file should not be disseminated outside your agency.

Respectfully,

*Sgt. Dag. Wojt #5712*
Sergeant Dagmara Wojtas #5712
Public Integrity Task Force
Illinois State Police
9511 W. Harrison Street
Des Plaines, Illinois 60018
Office. 847-294-4550
Email: wojtasd@isp.state.il.us



OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

ANITA ALVAREZ
STATE'S ATTORNEY

SPECIAL PROSECUTIONS BUREAU
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

March 29, 2017

Master Sergeant Janette Beck
Illinois State Police
Public Integrity Task Force
9511 West Harrison
Des Plaines, Illinois 60016

Re: PITF Investigation: IL14AA05975
Officer involved shooting of Darren Sims by Markham P.O.s Ramon Davis and Jerome Carson

Dear Master Sergeant Beck,

This letter is to confirm that this office reviewed the matter involving the officer-involved shooting of Darren Sims by Markham P.O.s Ramon Davis and Jerome Carson which took place on April 24, 2014. We have completed our review of the matter and found no conduct by the officers that would give rise to criminal charges against them or any other police personnel related to the shooting.

Thank you very much for your thorough and complete investigation of this matter. If you have any questions, please contact me at any time.

Very truly yours,

Lauren Freeman
Assistant State's Attorney
2650 South California – Room 13 B 50
Chicago, IL 60608
773-674-4064
Email: Lauren.Freeman@CookCountyIL.Gov